212

Starsha SEWELL, Plaintiff–Appellant,

v.

Thomas P. DORE, Substitute Trustee; Mark S. Devan, Substitute Trustee; Shannon Menapace, Substitute Trustee; Kristen K. Haskins, Substitute Trustee; Gerard Francis Miles, Jr.; E. Gloth, Substitute Trustee, Defendants–Appellees.

No. 13–2239.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 24, 2014.

Decided: March 12, 2014.

Starsha Sewell, Appellant Pro Se. Brandon Matthew Kilberg, Covahey, Boozer, Devan & Dore, PA, Hunt Valley, Maryland; Gerard Francis Miles, Huesman, Jones & Miles, LLC, Hunt Valley, Maryland, for Appellees.

Before MOTZ, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Starsha Sewell appeals the district court's order denying her Fed.R.Civ.P. 60(b) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Sewell v. Dore*, No. 8:12–cv–02889–AW (D.Md. Oct. 1, 2013).

We grant leave to proceed in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*